Harold Purnell, Trading as Purnell Stucco Recoating Company, Appellee, v. Thomas Jones and Ellen Jones, Appellants.

Gen. No. 41,222.

opinion filed November 26, 1940. George J. Dreiske, for appellants; no appearance for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."